UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAXWELL MANAGEMENT, LLC, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2008** |
| **MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY** | **SECTION: "D" (1)** |

## ORDER OF DISMISSAL

Considering the Joint Motion to Dismiss With Prejudice (R. Doc. 21);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this civil action is **DISMISSED, WITH PREJUDICE,** with each party to bear its own costs.

New Orleans, Louisiana, December 21, 2023.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**